**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
DANIEL DAVID COXOLCA SUY and
CRISPIN TORRES SAENZ, *individually and*
*on behalf of others similarly situated,*

                *Plaintiffs*,

       -against-

EXCEL FOOD CORP. (D/B/A NU-SUSHI),
KYOTO OF JAPAN, INC. (D/B/A NU
SUSHI), THEAM YIP LEE, PAI LING LEE,
and FENG ZHENG,

                *Defendants.*
------------------------------------------------------X

**18-cv-12103**

**DEFAULT JUDGMENT**

      On December 27, 2018, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on the above-named defendants Excel Food Corp. (d/b/a Nu-Sushi), Kyoto of Japan, Inc. (d/b/a Nu Sushi), Theam Yip Lee and Pai Ling Lee, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

      NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

      That the Plaintiffs have judgment jointly and severally against the Defendants Excel Food Corp. (d/b/a Nu-Sushi), Kyoto of Japan, Inc. (d/b/a Nu Sushi), Theam Yip Lee and Pai Ling Lee, in the amount of $441,246.98, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

      That the Plaintiffs are awarded attorney's fees in the amount of $3,750.00 and costs in the amount of $728.00, all computed as provided in 28 U.S.C. § 1961(a).

- 2 -

Dated:   New York, New York
         May 22, 2019

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

To:

Excel Food Corp. (d/b/a Nu-Sushi)
c/o Theam Yip Lee
7806 15TH AVENUE, APT. 2ND FL
BROOKLYN, NY 11228

Kyoto of Japan, Inc. (d/b/a Nu Sushi)
c/o Theam Yip Lee
7806 15TH AVENUE, APT. 2ND FL
BROOKLYN, NY 11228

Theam Yip Lee
7806 15TH AVENUE, APT. 2ND FL
BROOKLYN, NY 11228

Pai Ling Lee
7806 15TH AVENUE, APT. 2ND FL
BROOKLYN, NY 11228