UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, *individually and on behalf of others similarly situated*,<br><br>                                      Plaintiffs,<br><br>                      -v.-<br><br>EXCEL FOOD CORP., *d/b/a* NU-SUSHI, KYOTO OF JAPAN, INC., *d/b/a* NU-SUSHI, THEAM YIP LEE, and PAI LING LEE,<br><br>                                      Defendants. | 18 Civ. 12103 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 22, 2019, the Court entered default judgment against Defendants Excel Food Corp., Kyoto of Japan, Inc., Theam Yip Lee, and Pai Ling Lee (Dkt. #44), after they failed to respond to the Court's Order to Show Cause issued April 5, 2019 (Dkt. #40). Plaintiffs filed a Proposed Abstract of Judgment on October 31, 2020 (Dkt. #47), and the Court issued the Abstract of Judgment issued on November 6, 2020 (Dkt. #48). On January 28, 2021, Defendants Theam Yip Lee and Pai Ling Lee filed a Motion to Vacate Default Judgment, a Memorandum of Law in Support of the Motion to Vacate, and accompanying exhibits and affidavits (Dkt. #48-52). Plaintiffs are hereby ORDERED to file a response to Defendants' motion on or before **February 15, 2021**.

SO ORDERED.

Dated:    January 31, 2021
               New York, New York

                                                        KATHERINE POLK FAILLA
                                                   United States District Judge