UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, *individually and on behalf of others similarly situated*, | |
|---|---|
| Plaintiffs, | 18 Civ. 12103 (KPF) |
| -v.- | **ORDER** |
| EXCEL FOOD CORP., *d/b/a* NU-SUSHI, KYOTO OF JAPAN, INC., *d/b/a* NU-SUSHI, THEAM YIP LEE, and PAI LING LEE, | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed that mediation in this case was successful and the parties have reached agreement on all issues. Accordingly, all deadlines and conferences are hereby adjourned *sine die*. The parties shall provide a joint submission on or before **June 14, 2021**, as to why the Court should accept the settlement pursuant to *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:  May 13, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge