**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, *individually and on behalf of others similarly situated,* | Case No.: 18 CV 12103 |
| *Plaintiffs,* | |
| -against- | |
| EXCEL FOOD CORP. (D/B/A NU-SUSHI), KYOTO OF JAPAN, INC. (D/B/A NU SUSHI), THEAM YIP LEE and PAI LING LEE, | [Proposed Form Of] JUDGMENT |
| *Defendants.* | |

-----------------------------------------------------------------X

## JUDGMENT

On July 6, 2021, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, have judgment against EXCEL FOOD CORP. (D/B/A NU-SUSHI), THEAM YIP LEE and PAI LING LEE, jointly and severally, in the amount of Sixty Thousand Dollars and No Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE