UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, *individually and on behalf of others similarly situated,*

Case No.: 18 Civ. 12103 (KPF)

*Plaintiffs,*

-against-

EXCEL FOOD CORP. (D/B/A NU-SUSHI), KYOTO OF JAPAN, INC. (D/B/A NU SUSHI), THEAM YIP LEE and PAI LING LEE,

JUDGMENT

*Defendants.*

------------------------------------------------------------X

## JUDGMENT

On July 6, 2021, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, DANIEL DAVID COXOLCA SUY and CRISPIN TORRES SAENZ, have judgment against EXCEL FOOD CORP. (D/B/A NU-SUSHI), THEAM YIP LEE and PAI LING LEE, jointly and severally, in the amount of Sixty Thousand Dollars and No Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

Dated: \_\_\_July 6\_\_\_, 2021

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE